UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

TOPRX INC.,

    Plaintiff,

    v.                           Case No. 09-C-0742

CEDARBURG PHARMACEUTICALS INC.,
CEDARBURG GENERIC LLC,

    Defendants.

ORDER APPROVING SCHEDULE (Doc. 72)

The court approves the schedule as proposed in parties' May 14, 2012, Joint Status Report. Now, therefore:

IT IS ORDERED that parties must adhere to the following schedule:

| Task/Event | Deadline | Latest Deadline |
|---|---|---|
| Completion of all Fact Discovery | 31 days after completion of audit | October 1, 2012 |
| Service of CPI Expert Report | 31 days after completion of audit | October 1, 2012 |
| Service of TopRx Expert Report | 61 days after completion of audit | November 1, 2012 |
| Completion of Expert Discovery | 91 days after completion of audit | December 1, 2012 |
| Mediation Deadline | 105 days after completion of audit | December 15, 2012 |

Dated at Milwaukee, Wisconsin, this 17th day of August, 2012.

BY THE COURT

/s/ C. N. Clevert, Jr.
C. N. CLEVERT, JR.
CHIEF U. S. DISTRICT JUDGE